UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR TARGETED ADVERTISING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CADENT TECHNOLOGY, et al.,<br><br>    Defendants. | Case No. 5:18-cv-00764-EJD<br><br>**ORDER TO SHOW CAUSE** |

This matter is scheduled for an Initial Case Management Conference on May 10, 2018. Pursuant to the Clerk's Notice posted on March 15, 2018, the parties were required to file a joint case management statement no later than April 30, 2018. As of today's date, no statement has been filed.

THE COURT hereby issues an ORDER TO SHOW CAUSE why Plaintiff's lawsuit should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff shall file a written response to this Order to Show Cause no later than May 14, 2018. A hearing on the Order to Show Cause will be held on May 24, 2018 at 10:00 a.m. If Plaintiff fails to file a written response or fails to appear at the scheduled hearing, the case will be dismissed for failure to prosecute.

The Initial Case Management Conference scheduled for May 10, 2018 is VACATED.

**IT IS SO ORDERED.**

Dated: May 2, 2018

EDWARD J. DAVILA
United States District Judge