John Lee, SBN 229911
Jennifer Ishimoto, SBN 211845
Banie & Ishimoto LLP
3705 Haven Ave., #137
Menlo Park, California 94025
Telephone: 650-241-2774
Email: jlee@banishlaw.com
       ishimoto@banishlaw.com

Attorneys for Plaintiff Lone Star Targeted Advertising, LLC

APPROVED
Judge Edward J. Davila
5/24/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR TARGETED ADVERTISING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CADENT TECHNOLOGY and CROSS MEDIAWORKS, LLC, <br><br> Defendants. | CASE NO. 5:18-cv-00764 <br><br><br> NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

1

*Lone Star Targeted Advertising, LLC v. Cadent Technology, et al.*, Case No.
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Lone Star Targeted Advertising ("LSTA"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby gives notice that it is dismissing all claims in the above-captioned action against Cadent Technology and Cross MediaWorks, LLC WITH PREJUDICE, subject to the terms of a settlement agreement entered into between the parties, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 23, 2018

/s/John A. Lee
John A. Lee
Attorney for Plaintiff
Lone Star Targeted Advertising, LLC